THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY, ) ) ) ) | |
| Plaintiff, ) | Case No. 1:20-cv-3280 |
| ) | |
| v. ) | Hon. Gary S. Feinerman |
| ) | |
| BROCK INDUSTRIAL SERVICES, LLC ) | Mag. Judge M. David Weisman |
| ) ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY & VICINITY, hereby moves for dismissal of Plaintiff's Complaint [Ex. 1] in its entirety <u>without prejudice</u>, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with leave to reinstate on or before April 16, 2021.

Respectfully submitted,

/s/ Sam W. Hensel
Sam Hensel
Attorney for Plaintiff
Asher, Gittler, & D'Alba, Ltd.
200 West Jackson Blvd., Ste. 720
Chicago, IL 60606
(312) 263-1500
(312) 263-1520 (Fax)
sh@ulaw.com
IL ARDC: 6332797